Samuel C. Maxner, appellee, v. Arthur Gisiner, appellant. Gen. No. 29,892.

Action for false imprisonment. Judgment for plaintiff. Appeal

from the Superior Court of Cook county; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed July 14, 1925.

Short & Guenther and Joseph Z. Willner, for appellant. H. A. Barnhardt, for appellee.

Mr. Justice Gridley delivered the opinion of the court.